NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARCUS B. HARRIS, a/k/a MARZUG            )
AL-HAKIM,                                 )
                                          )
            Appellant,                    )
                                          )
v.                                        )     Case No. 2D17-4142
                                          )
MARTYE S. GATTIE and BEVERLY C.           )
TAVIERE,                                  )
                                          )
            Appellees.                    )
_____ )

Opinion filed October 5, 2018.

Appeal from the Circuit Court for
Hillsborough County; Laurel M. Lee,
Judge.

Marcus B. Harris, pro se.

No appearance for Appellees.


PER CURIAM.


            Affirmed.



CASANUEVA, BLACK, and BADALAMENTI, JJ., Concur.